**FILED - GR**
March 14, 2022 1:21 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: /__/3/14

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Aaron James Doest #48380

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

**1:22-cv-239**
**Sally J. Berens**
**U.S. Magistrate Judge**

v.

Van Buren County Sherrif Department. Et al.
LT. Chad Hunt
Unknown Kozel
Sgt. Mike Shannon

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☒

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
      N/A

   2. Is the action still pending?   Yes ☐   No ☐
      a. If your answer was no, state precisely how the action was resolved:  N/A

   3. Did you appeal the decision?   Yes ☐   No ☐

   4. Is the appeal still pending?   Yes ☐   No ☐
      a. If not pending, what was the decision on appeal?   N/A

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?  Yes ☐   No ☐
      a. If so, explain:  N/A

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Aaron Doest**

Place of Present Confinement **Van Buren County Jail**

Address **205 S. Kalamazoo St. Paw Paw MI 49079**

Place of Confinement During Events Described in Complaint **Van Buren County Jail**

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **Van Buren County Sherrif Department**

Position or Title _____

Place of Employment _____

Address **205 S. Kalamazoo St. Paw Paw MI 49079**

Official and/or personal capacity? **Official**

Name of Defendant #2 **Chad Hunt**

Position or Title **Lieutenant**

Place of Employment **Van Buren County Sherrif Department**

Address **205 S. Kalamazoo St. Paw Paw MI 49079**

Official and/or personal capacity? **Official**

Name of Defendant #3 **Unknown Kozel**

Position or Title **Corrections officer**

Place of Employment **Van Buren County Jail**

Address **205 S. Kalamazoo St. Paw Paw MI. 49079**

Official and/or personal capacity? **Official**

Name of Defendant #4 **Mike Shannon**

Position or Title **Sergeant**

Place of Employment **Van Buren County Sherrif Department**

Address **205 S. Kalamazoo St. Paw Paw MI 49079**

Official and/or personal capacity? **Official**

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

Since my incarceration at the Van Buren County Jail on 12-16-2021 I have filed multiple grievances with the administration concerning a wide range of issues. Initially there was an electronic grievance system in place. The administration open and responded to a few grievances but stopped opening them in January of 2022 stating there was an issue with the system. In February 2022 they began issuing physical (paper) grievances. These were single page grievances with no reciept or copys given to inmates, making it impossible to track the status of a given grieved issue.

I have several unanswered grievances in physical form that have come up missing, and when I ask about them I'm told to file them again electronically. When I did so the administration began deleting them from the system, unanswered. There is no adiquate grievance procedure at the Van Buren County Jail. I have addressed this with all listed defendants per Jail policy and all defendants have ignored the issue.

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I want a proper grievance procedure enforced and all monetary compensation I may be entitled to for the direct disregard of my rights and the mental anguish and suffering I have endured due to this gross violation of my rights.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[X] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

_3-10-2022_
Date

Signature of Plaintiff

Catherine E. Brooks
Notary Public, Van Buren Co., MI
My Commission Expires 08-06-2025

Notary Public

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Inmate: Doest, Aaron #48380
Van Buren County Sheriff
JAIL
205 S Kalamazoo Street
Paw Paw, MI 49079

THIS MAIL IS FROM
A PERSON INCARCERATED
AT THE VAN BUREN COUNTY JAIL

US POSTAGE PITNEY BOWES
Jail Adm
MD
ZIP 49009 $ 000.73⁰
02 4W
0000375834 MAR 11 2022

U.S. District Court
399 Federal Building
110 Michigan St. NW
Grand Rapids, MI 49503

4950332363 C040